UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MARY SUSAN BELL** | **CIVIL ACTION NO. 09-1980** |
| **VERSUS** | **JUDGE DOHERTY** |
| **W. SIMMONS SANDOZ,** *Bankruptcy Trustee on behalf of Bell Family Trust*, **JEFFREY ACKERMANN,** *on behalf of Bell Family Trust* **DURIO, MCGOFFIN, STAGG & ACKERMANN LAW FIRM,** *on behalf of Bell Family Trust* **GLEN MARCANTEL,** *on behalf of Bell Family Trust* **MARCANTEL LAW FIRM,** *on behalf of Bell Family Trust* **XYZ INSURANCE CO.,** *on behalf of Bell Family Trust, Jeffrey Ackermann, Durio McGoffin Stagg & Ackermann Law Firm, Glen Marcantel, Marcantel Law Firm* **BELL FAMILY TRUST, H. GLENN MARCANTEL, JR.** | **MAGISTRATE JUDGE HANNA** |

*ORDER FOLLOWING STATUS CONFERENCE*
(February 2, 2010)

A status conference was held on February 2, 2010, beginning at 2:00 and ending at 3:30 p.m. Present at the conference were the following:

1

| PARTY REPRESENTED | COUNSEL |
|---|---|
| Mary Sue Bell | Mary Sue Bell |
| Jeffrey Ackermann, *on behalf of Bell Family Trust* | Jeffrey Ackermann |
| Durio, McGoffin, Stagg & Ackermann Law Firm, *on behalf of Bell Family Trust* | Jeffrey Ackermann |
| Bell Family Trust | Jeffrey Ackermann |
| H. Glenn Marcantel, Jr. | Herschel Glenn Marcantel, Jr. |

This matter is related to civil actions 09-1984, Mary Susan Bell v. W. Simmons Sandoz, et al, and 09-1985, Mary Susan Bell v. W. Simmons Sandoz, et al.

At the conference, the court raised the issues of subject matter jurisdiction, automatic stay under 11 U.S.C. § 362, and applicability of the Barton doctrine[1] to the claims against Durio, McGoffin, Stagg & Ackermann, Jeffrey Ackermann, and H. Glenn Marcantel, Jr. The court recessed to allow the parties and counsel an opportunity to explore resolution without further court action.

After discussion,

**IS ORDERED** that plaintiff be given until **February 17, 2010**, to file a motion for voluntarily dismissal. Any objection to same shall be filed by **February 24, 2010.**

**IT IS FURTHER ORDERED** that if plaintiff does not file a motion for voluntary

---

[1] Barton v. Barber, 104 US 126, 26 L.Ed. 672 (1881).

dismissal, a report and recommendation will issue.

Lafayette, Louisiana, this 3rd day of February, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)